**ORIGINAL**

**CV 15-5325**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

~~SAMPLE~~ Sorry for using
~~DO NOT SUBMIT THIS~~ this form
~~FORM TO THE COURT~~

Slobodan Milosevich type of attack

-----------------------------------X

[Your Name], Marie L BANKS (aka) Gervais

Plaintiff,                                  COMPLAINT

- against -

[Insert Names], First National BANK of OMAHA

**GLEESON, J.**

(Jury Trial Remanded)

**SCANLON, M.J.**

Defendants.

-----------------------------------X

I. Parties:

Plaintiff MARIE L BANKS, resides at 194 Malcolm x Blvard Apt B3 Brooklyn N.Y. 11221

Defendant First National Bank Omaha, resides at P O Box 3331, OMAHA NE 68103-0331

Defendant _____, resides at _____

II. The jurisdiction of the Court is invoked pursuant to Racket / stolen signed contract By Haitian - African Mafia / Army in Bedford Stuyvesant

III. Statement of Claim. [give a clear and concise statement of facts: where the claim arose, the date of each relevant event, a description of what occurred and how each defendant named was involved in the claim] Defendant attitude when I requested a copy of my signed contract stolen revealed: lie, orchestration of Kidnapping, Slavery technic robbery of the occupant of Haiti

IV. Remedy. State what relief, such as money damages, you seek from each defendant.
#1- Mail a copy of the stolen Contract to me-
#2- Compensation for Breaking in my home with Supt. and Army community for illegal search & seizure of my papers, Family Pictures and others

Sept 8, 2015
Date

Sign Your Name  Marie L Banks

347-798-5224
Telephone Number

FILED CLERK 2015 SEP -8 PM 3:14 U.S. DISTRICT COURT EASTERN DISTRICT

- Complaint -                                        (1)

#1. Last year in 2014, I received a pre approval letter for debt consolidation — I called them. I got approved and they send me mail signed by the BANK President, along with How long I will pay the loan... I was very happy and requested "Automatic Deduction" The Bank of OMAHA did Automatic deduction after they pay all my credit cards debt. —

#2. The super, the Community (My Room mate?) pay Narcotic agents by Junon Dominique have searched and removed all my documents - Along with all my cancelled Registered & License practical Nurse papers.

#3. Kindly, I called the BANK of OMAHA - wrote to them twice, asked the Attorney General to request a copy of my signed contract they have on file NO Answer — — —

#4. My last phone conversation to them was this morning to hear their operator tell me, that I did not have any written contract.... lies what is my adress? what is my phone number like they want to kidnap me for mass grave.. via institution

#5. I told them I want to resume payment, only show me that they are honest in keeping the length of time I have to pay the loan, by sending me a copy of the contract —

(2)

#6. They told me: "Sorry... Refused." wich show their Slobodan Milosevich type of way to do Abduction for mass grave. wich also show that they sent the super, the community to search and rob me, including deed of property in Haiti left by my deceased: Father/mother/sister.

#7. I want compensation from the Slobodan Milosevich type of BANKing, sending Invitation to trap... Innocent civilian

#8. My son phone line and my phone line is Coerced with date manipulation, Hacking By order of Congenital thieves ruling Haiti and the U.S.A... other people must pay for them.

#9. Kindly your Honor, Help, I want to resume my payments with the restitution of the stolen contract... By their gangs. - Maliciously while I gave them access to my BANK account. — Marie L Banks
194 Malcolm Blvard
Apt B3 Brooklyn
N.Y 11221

 **First National Bank** Omaha

PO Box 3331
Omaha NE  68103-0331
Toll Free 888.530.FNBO (3626)

July 24, 2015

MARIE L BANKS
194 MALCOLM X BLVD APT B3
BROOKLYN, NY  11221-2115

```
                Loan Number : 8018019250694000
       Current Outstanding Balance : $16,471.92
This amount includes unpaid principal, interest and fees.
                Payment Due : $761.04
```

Dear MARIE L BANKS:

We are sending this letter because the payment on your loan is now past due.  We trust that this is just an oversight.

To avoid any further delinquency, please make the required payment today by mail using the enclosed envelope or by calling us at 1-888-283-6988 to pay over the phone.

We appreciate your business and thank you for your quick attention to this matter.

Sincerely,


Collections Department

Office Hours: Mon-Tues 7:00AM-8:45PM, Wed-Thurs 7:00AM-10:45PM, Fri 7:00AM-4:45PM, Sat 8:00AM-6:45PM and Sun 12:00PM-6:45PM CT

L8801

This communication is an attempt to collect a debt and any information obtained will be used for that purpose.